BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00238-KJM |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| WILLIAM THEODORE LEWIS, and LORI MARIE DAHL, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants William Theodore Lewis and Lori Marie Dahl, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 492, 982(a)(2)(B), 1029(c)(1)(C) and 28 U.S.C. § 2461(c), defendants William Theodore Lewis and Lori Marie Dahl's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Wholly or partially executed counterfeit currency of the United States in the denominations of ten (10) dollars, twenty (20) dollars, and one-hundred (100) dollars,
    b. "Washed" or bleached actual United States currency in the denomination of one (1) dollar,
    c. Photocopies of United States currency,
    d. One Epson "all-in-one" printer,
    e. Various supplies associated with the manufacture of counterfeit currency including without limitation cleaning solvents and sprays,

      spray starch, sponges, gloves, printer paper, and a paint scraper,
- f. One Apple iPad 3.2, Serial Number DMPHN7H9DNQT,
- g. One PVC/plastic card printer,
- h. One blue Samsung cellular phone,
- i. Reflective state seals from the States of Illinois, Pennsylvania, Ohio, and New Jersey,
- j. Two "bird" hologram stickers,
- k. One Acer laptop computer,
- l. One Kingston Flashdrive, and
- m. Various blank plastic cards, issued credit cards, and un-numbered credit cards.

2. The above-listed property was used or intended to be used to commit or to promote the commission of violation of 18 U.S.C. §§ 474 and 1029(a)(3).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. §§ 982(b)(1) and 1029(c)(2), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

 b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

///

///

///

Preliminary Order of Forfeiture

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(b)(1) and 1029(c)(1)(C)(2), and 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(p), in which all interests will be addressed.

SO ORDERED this 1st day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE