BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM THEODORE LEWIS, AND<br>LORI MARIE DAHL,<br><br>          Defendants. | 2:13-CR-00238-KJM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about October 2, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(b)(1) and 1029(c)(1)(C)(2), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendants William Theodore Lewis and Lori Marie Dahl forfeiting to the United States the following property:

    a.    Wholly or partially executed counterfeit currency of the United States in the denominations of ten (10) dollars, twenty (20) dollars, and one-hundred (100) dollars,
    b.    "Washed" or bleached actual United States currency in the denomination of one (1) dollar,
    c.    Photocopies of United States currency,
    d.    One Epson "all-in-one" printer,
    e.    Various supplies associated with the manufacture of counterfeit currency including without limitation cleaning solvents and sprays, spray starch, sponges, gloves, printer paper, and a paint scraper,
    f.    One Apple iPad 3.2, Serial Number DMPHN7H9DNQT,
    g.    One PVC/plastic card printer,
    h.    One blue Samsung cellular phone,
    i.    Reflective state seals from the States of Illinois, Pennsylvania, Ohio,

     and New Jersey,
  j. Two "bird" hologram stickers,
  k. One Acer laptop computer,
  l. One Kingston Flashdrive, and
  m. Various blank plastic cards, issued credit cards, and un-numbered credit cards.

 AND WHEREAS, beginning on October 3, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

 AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

 Accordingly, it is hereby ORDERED and ADJUDGED:

 1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(b)(1) and 1029(c)(1)(C)(2), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interests of William Theodore Lewis and Lori Marie Dahl.

 2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

 3. The U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

 SO ORDERED this 27th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE