# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   William Theodore Lewis         **Docket Number:**   2:13CR00238-01

**Name of Judicial Officer**:   United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**   4/15/2015

**Original Offense:** Count 5: 18 U.S.C. § 474, Possession of Partially or Wholly Executed Counterfeit Obligation of the United States (CLASS B FELONY).  Count 6: 18 U.S.C. § 1029(a)(3), Possession of 15 or More Counterfeit and Unauthorized Access Devices (CLASS C FELONY)

**Original Sentence:** 50 months BOP; 60 months TSR; $200 Special assessment; Mandatory drug testing; $20 Restitution

**Special Conditions:** 1) Search; 2) Not dissipate assets; 3) Apply all monies; 4) Financial disclosure; 5) Financial restrictions; 6) Drug/alcohol treatment; 7) Drug/alcohol testing; 8) Abstain from alcohol use; 9) Mental health treatment; 10) Aftercare copayment; 11) Gang association; 12) False aliases restrictions.

**Type of Supervision:**   Supervised release

**Date Supervision Commenced:**   2/21/2017

**Other Court Actions:**  None

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community corrections center, Turning Point of Central California for a period of up to 180 days; said placement shall commence on February 21, 2017 pursuant to 18 U.S.C. § 3563(b)(11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**  Mr. Lewis's supervised release is set to commence on February 21, 2017, in the Eastern District of California.  He has no release plan at this time and has requested public law placement which will allow him adequate time to secure an appropriate and stable personal residence. A Probation Form 49 – Waiver of Hearing to Modify Conditions has been signed by Mr. Lewis agreeing to this modification.

|  | Respectfully submitted, |
|---|---|
|  | **/s/ Megan Pascual** |
|  | **Megan Pascual**<br>**United States Probation Officer**<br>Telephone: (559) 499-5732 |
| **DATED:** 2/21/2017 | Reviewed by, |
|  | **/s/ Marlene K. DeOrian, SrUSPO   for**<br>**Tim Mechem**<br>**Supervising United States Probation Officer** |

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time.  Probation Officer to contact Court.

☐ Other

DATED:  February 21, 2017

_____
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Nirav K. Desai

Defense Counsel: Timothy L. Zubdek